# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 14, 2006

Clifford W. Taylor,
Chief Justice

127912(28)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RANDALL G. PAIGE (Deceased),
      Plaintiff-Appellee,

v

SC: 127912
COA: 256451
WCAC: 03-000085

CITY OF STERLING HEIGHTS, Self-Insured,
and ACCIDENT FUND COMPANY,
      Defendants-Appellants.

_____

On order of the Chief Justice, the motion by plaintiff-appellee to adjourn the oral argument on the application for leave to appeal is considered and it is GRANTED. The Clerk is directed to place this case on the April 2006 session calendar for argument.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 14, 2006

_____
Clerk